*FOR PUBLICATION*                                    *ORDER*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
          DIVISION OF ST. CROIX
          APPELLATE DIVISION
```

SYLVESTER HODGE,                          )
                                          )
                                          )D.C. CRIM. APP. NO. 2007/0010
                          Appellant,      )Re: Sup.Ct.Crim.No. F477/2005
                                          )
             v.                           )
                                          )
PEOPLE OF THE VIRGIN ISLANDS,             )
                                          )
                          Appellee,       )
                                          )Consolidated with:
ALI BENJAMIN,                             )
                                          )
                                          )
                          Appellant,      )
                                          )
             v.                           )D.C. Crim. APP. NO. 2006/0019
                                          )Re: Sup.Ct.Crim.No. 478/2005
PEOPLE OF THE VIRGIN ISLANDS,             )
                                          )
                          Appellee.       )
                                          )

          On Appeal from the Superior Court of the Virgin Islands

                    Considered: September 18, 2009
                        Filed: January 28, 2011

BEFORE:   CURTIS V. GÓMEZ, Chief Judge, District Court of the
          Virgin Islands; RAYMOND L. FINCH, Judge of the District
          Court of the Virgin Islands; and BRENDA J. HOLLAR,
          Judge of the Superior Court of the Virgin Islands,
          sitting by designation.
```

*Sylvester Hodge & Ali Benjamin v. People of the Virgin Islands*
D.C. Crim. App. No. 2007-010 & D.C. Crim. App. No. 2006-019
ORDER
Page 2

**ATTORNEYS:**

**Debra S. Watlington, Esq., TPD**
St. Croix, U.S.V.I.
          Attorney for Appellant, Sylvester Hodge,

**Michael J. Sanford, Esq.**
St. Croix, U.S.V.I.
          Attorney for Appellant, Ali Benjamin,

**Maureen Phelan, Esq., AAG & Richard S. Davis, Esq., AAG**
St. Thomas/St. Croix, U.S.V.I.
          Attorneys for Appellee.

**Per Curiam.**

| ORDER | |
|---|---|

     **AND NOW**, for the reasons more fully cited in a Memorandum

Opinion of even date, it is hereby

     **ORDERED** that the Superior Court's judgment of conviction is

**VACATED**. It is further

     **ORDERED** that this matter is **REMANDED** for further

proceedings, including a new trial

     **SO ORDERED** this _28_ day of January 2011.


**A T T E S T:**
**WILFREDO F. MORALES**
Clerk of the Court

**By:** _Urßia Hess_
Deputy Clerk

*Sylvester Hodge & Ali Benjamin v. People of the Virgin Islands*
D.C. Crim. App. No. 2007-010 & D.C. Crim. App. No. 2006-019
ORDER
Page 3

Copies To:

Hon. Curtis V. Gòmez
Hon. Raymond L. Finch
Hon. Brenda J. Hollar
Venetia Velazquez, Esq., Clerk of the Superior Court
Queen Terry, Esq.

Debra S. Watlington, Esq., TPD
Michael J. Sanford, Esq.
Maureen Phelan, Esq., AAG
Richard S. Davis, Esq., AAG